UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Gildazio Martins de Oliveira

**V.** **CIVIL ACTION NO.** 1:25-cv-13940-FDS

Patricia Hyde et al

**ORDER OF DISMISSAL**

Saylor, D.J.

In light of previously given habeas relief, D. 12, this matter shall be closed.

November 4, 2026

/s/Caetlin McManus
Deputy Clerk